JANUARY 29, 1976

IN THE MATTER OF GRUENBURG. (Docket No. 57848.) The petition for interim suspension filed on behalf of the Michigan Judicial Tenure Commission is considered. It is ordered that respondent Roy N. Gruenburg, District Judge, 37th Judicial District, shall hereafter refrain from acting as a judge pending final adjudication of Formal Complaint No. 14. The petition for extension of time within which to file a brief in support of respondent's reply to petition for interim suspension is denied. *Brian J. McMahon,* Executive Director and General Counsel, Michigan Judicial Tenure Commission, petitioner. *Roy N. Gruenburg, in propria persona,* respondent.

JANUARY 30, 1976

REQUEST FOR ADVISORY OPINION ON 1975 PA 301. (Docket No. 57918.) By this order, the Court acknowledges receiving a request for an advisory opinion on 1975 PA 301 from both the House of Representatives and the Governor, and the Court hereby grants the requests. The questions to be considered are: Is 1975 PA 301 in violation of the Constitution of 1963, as to any of the following Sections: (a) art 3, § 6, (b) art 4, § 25, (c) art 4, § 29, (d) art 4, § 30, (e) art 9, § 12, (f) art 9, § 15, or (g) art 9, § 18? It is further ordered that the Michigan Attorney General is to brief both sides of the questions, one brief and argument to be directed to the constitutionality of the act and one brief and argument to be presented as to why the act should be held unconstitutional. The Attorney General's attention is directed to the House Resolution and the Governor's letter sent to this Court in this matter for further specifics on the questions raised. Persons or groups interested in the determination of these questions may apply to the Clerk of the Supreme Court for permission to file briefs amicus curiae.